UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SEEKONK WATER DISTRICT,
    Plaintiff,

    v.                                      Civil Action No. 1:23-cv-11847-

3M COMPANY, f/k/a Minnesota Mining and
Manufacturing Co.; ANGUS FIRE;
AGC CHEMICALS AMERICAS INC.;
AGC, INC., F/K/A ASAHI GLASS CO.;
ARCHROMA MANAGEMENT LLC;
ARCHROMA U.S. INC.; ARKEMA INC.;
BASF CORPORATION; BUCKEYE FIRE
PROTECTION CO.; CARRIER GLOBAL CORPORATION;
CHEMDESIGN PRODUCTS INC.; CHEMGUARD, INC.;
CHEMICALS, INC.; CHUBB FIRE, LTD.; CLARIANT CORP.;
CORTEVA, INC; DEEPWATER CHEMICALS, INC.;
DOE DEFENDANTS, JOHN 1-49; DUPONT DE NEMOURS INC.;
DYNAX CORP.; E. I. DUPONT DE NEMOURS & COMPANY;
KIDDE PLC INC.; NATIONAL FOAM, INC.;
NATION FORD CHEMICAL COMPANY;
RAYTHEON TECHNOLOGIES CORPORATION
F/K/A UNITED TECHNOLOGIES CORPORATION;
THE ANSUL COMPANY; THE CHEMOURS COMPANY;
THE CHEMOURS COMPANY FC, LLC;
TYCO FIRE PRODUCTS, LP; and
UTC FIRE & SECURITY AMERICAS
CORPORATION,
    Defendants.

ORDER OF RECUSAL
August 14, 2023

TALWANI, D.J.

Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and

direct the clerk forthwith to reassign the case randomly to another District Judge.

    IT IS SO ORDERED.              /s/ Indira Talwani
                                        UNITED STATES DISTRICT JUDGE